**Motion Granted; Order filed January 17, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00940-CV
NO. 14-12-01077-CV
NO. 14-12-01139-CV

_____

**WCW INTERNATIONAL, INC. and CHRIS WILMOT,**
**Appellants/Cross-Appellees**
**V.**
**JERRY W. BROUSSARD, RONNIE D. LABORDE, DAVID M. KERNION,**
**DAVID O. STRICKLAND, CRAIG M. BOREL, KEVIN J. ROUSSEL,**
**GEORGE A. LOWERY AND CARLOS O. GIRON,**
**Appellees/Cross-Appellants**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-12773**

---

## ORDER

The parties filed a joint motion to consolidate these appeals and to set a briefing schedule. We **GRANT** the motion and issue the following order. The appeals docketed under our appellate case number 14-12-00940-CV, 14-12-01077-CV, and 14-12-01139-CV are ordered **CONSOLIDATED.** All documents should

be filed in case number 14-12-00940-CV, and they will be deemed filed in the consolidated cases. In addition, the appellate deadlines in case number 14-12-0940-CV will apply to the consolidated cases. The briefing deadlines shall be set as follows:

1. WCW International and Chris Wilmot shall file their appellants brief of up to 15,000 words 30 days after the record is filed, subject to any extension of time that may be granted;

2. Jerry W. Broussard, Ronnie D. LaBorde, David M. Kernion, David O. Strickland, Craig M. Borel, Kevin J. Roussel, George A. Lowery and Carlos O. Giron shall filed their combined brief of appellees/cross-appellants of up to 15,000 words 30 days thereafter, subject to any extension of time that may be granted;

3. WCW International and Chris Wilmot shall file their combined reply-cross-appellees' brief of up to 15,000 words, subject to the aggregate 27,000 word limit, 30 days thereafter, subject to any extension of time that may be granted;

4. Jerry W. Broussard, Ronnie D. LaBorde, David M. Kernion, David O. Strickland, Craig M. Borel, Kevin J. Roussel, George A. Lowery and Carlos O. Giron shall file any cross-appellants' reply brief of up to 7,500 words 20 days thereafter, subject to any extension of time that may be granted.

PER CURIAM

2